IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

Filed at 10:49 AM
8/31, 20 16
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| BOKF, N.A., as Indenture Trustee, | )<br>) |
| Plaintiff, | )<br>) |
| | ) Civil Action |
| v. | ) No. 5:16-cv-104(LJA) |
| | ) |
| TERRA VANTAGE, LLC; CORRECTIONAL CENTER CONSULTANTS, LLC; O'BRIEN PROPERTY CONSULTANTS, INC.; and 126 COTTON DRIVE, LLC, | )<br>)<br>)<br>)<br>) |
| | ) |
| Defendants. | ) |

## CONSENT JUDGMENT

By the agreement of the parties, and for good cause shown, this Court finds that Defendants Terra Vantage, LLC, Correctional Center Consultants, LLC, O'Brien Property Consultants, Inc., and 126 Cotton Drive, LLC ("Defendants") have waived any and all defenses and consented to judgment in favor of the Plaintiff BOFK, N.A., on all claims pending in this case.

IT IS HEREBY ORDERED THAT judgment is entered in favor of Plaintiff on all its claims set forth in its Verified Complaint for Damages;

FURTHER ORDERED THAT judgment is entered in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $9,619,416.67, which includes $6,900,000.00 in principal, $2,719,416.67 in accrued interest through April 26, 2016, plus interest at the default rate of 10.00% from April 26, 2016, trustee fees in the amount of $6,986.30, and reasonable attorneys' fees and costs of collection in the amount of $962,366.67, as allowed pursuant to O.C.G.A. §13-1-11.

215905.1

IT IS SO ORDERED this 31st day of August, 2016.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JUDGE LESLIE J. ABRAMS
　　　　　　　　　　　　　　　　U.S. District Court, Middle District of Georgia

*Prepared and presented by:*　　　　　　　*Consented to by:*

BALCH & BINGHAM, LLP　　　　　　　JAMES BATES BRANNAN GROVER LLP
Attorneys for Plaintiff　　　　　　　　　Attorney for Defendants

By: _____　　　　By: _____
T. JOSHUA R. ARCHER　　　　　　　　JOHN FLANDERS KENNEDY
Georgia Bar No. 021208　　　　　　　　Georgia Bar No. 414830
WALTER E. JONES　　　　　　　　　　JOHN B. NICHOLS
Georgia Bar No. 163287　　　　　　　　Georgia Bar No. 394143
30 Ivan Allen, Jr. Blvd., NW, Suite 700　231 Riverside Drive
Atlanta, Georgia 30308　　　　　　　　P.O. Box 4283
Telephone: (404) 962-6020　　　　　　　Macon, Georgia 31208-4283
Facsimile: (404) 261-3756　　　　　　　Telephone: (478) 742-4280
　　　　　　　　　　　　　　　　　　Facsimile:  (478) 742-8720